BEFORE THE THIRD DIVISION, DECEMBER 26, 1947

No. 52088.—Stone & Downer Co. et al. *v.* United States, protests 21282–K, etc. (Boston, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52089.—Eastern Grocery Co. et al. *v.* United States, protests 94469–K, etc. (Los Angeles, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 5, 1948

No. 52090.—Indestructible Pearl Bead Makers, Inc., et al. *v.* United States, protests 132647–K, etc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of alabaster glass beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020). In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

No. 52091.—International ·Forwarding Co. et al. *v.* United States, protests 76607–K/90707, etc. (Chicago).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of record changer and units similar in all material respects to those the subject of *Garrard Sales Corp.* v. *United States* (35 C. C. P. A. 39, C. A. D. 369). In accordance therewith the claim of the plaintiffs was sustained.

No. 52092.—N. S. Glauber *v.* United States, protest 119072–K (Cleveland).

Opinion by COLE, J. When the case was called for hearing, it was submitted without the introduction of evidence by either party. An examination of the official papers disclosing no reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.